**United States District Court**
For the Northern District of California

1

2

3

4

5

6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7

JACY MICHAEL MEIER,                                No. C 13-4769 SI (pr)

8

                    Plaintiff,                          **ORDER OF DISMISSAL**

9

        v.

10

LUIS MARTINEZ; et al.,

11

                    Defendants.

12

                                                    /

13

        Mail that was sent on November 13, 2013 to plaintiff at the county jail address he

14

provided was returned to the court undelivered on November 29, 2013, marked "not in custody -

15

return to sender." Docket # 7. Plaintiff has not provided any address other than the one to which

16

the undeliverable mail was sent. More than sixty days have passed since the mail was first

17

returned to the court undelivered. Plaintiff has failed to comply with Local Rule 3-11(a) which

18

requires that a party proceeding *pro se* must "promptly file with the Court and serve upon all

19

opposing parties a Notice of Change of Address specifying the new address" when his address

20

changes. Local Rule 3-11(b) allows the court to dismiss a complaint without prejudice when

21

mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to file a

22

notice of his current address within sixty days of the return of the undelivered mail. For the

23

foregoing reasons, this action is dismissed without prejudice because plaintiff failed to keep the

24

court informed of his address in compliance with Local Rule 3-11(a).

25

        The clerk shall close the file.

26

        IT IS SO ORDERED.

27

Dated: January 31, 2014                          _____

28

                                                    SUSAN ILLSTON
                                                    United States District Judge