UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACY MICHAEL MEIER, | No. C 13-4769 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LUIS MARTINEZ; et al., | |
| Defendants. | |

This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

IT IS SO ORDERED.

Dated: January 31, 2014

_____
SUSAN ILLSTON
United States District Judge